# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF OREGON

6:06-CV-10-TC

JOSEPH A. SCHIENO AND
SHERRY SCHIENO

      Plaintiffs,

JUDGMENT OF DISMISSAL

v.

MEDICAL DOCTOR ASSOCIATES, INC;
HOWARD F. McCRACKEN, M.D.;
MOHAMMED ABDEL-KHALEK, M.D.;
UNITED STATES OF AMERICA

      Defendants.

**IT IS HEREBY ORDERED AND ADJUDICATED** that the above entitled action by plaintiffs be dismissed and a judgment as to defendant United States of America, be entered with prejudice and without costs or attorney fees to any party. **IT IS FURTHERED ORDERED** that this Court is not retaining jurisdiction over this action, the settlement of this action or the parties to the settlement, for any purpose whatsoever.

DATED this 6 day of November, 2007

THOMAS M. COFFIN, MAGISTRATE JUDGE